1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. SHEAFFER,

          Plaintiff,

  v.

CHASE RIVELAND,

          Defendant.

CASE NO.  C05-5346RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This Matter is before the Court on the Report and Recommendation of Judge J. KELLEY ARNOLD, United States Magistrate Judge. The Court has reviewed the Plaintiff's complaint and his Objection to the Report, as well as the underlying record, and does hereby find and ORDER:

    (1)    The Court ADOPTS the Report and Recommendation [Dkt. # 3];

    (2)    The Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

      DATED this 29th day of September, 2005.

                                                    RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE